**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE M. RIVERA,<br><br>               Petitioner,<br><br>   v.<br><br>LORETTA E. LYNCH, Attorney General,<br><br>               Respondent. | No.   14-72651<br><br>Agency No. A070-068-179<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 16, 2016[**]

Before:     O'SCANNLAIN, LEAVY, and CLIFTON, Circuit Judges.

Jose M. Rivera, a native and citizen of El Salvador, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's order of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We deny in part and dismiss in part the petition for review.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Rivera does not raise, and therefore has waived, any challenge to the BIA's order dismissing his appeal. *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010) (issues not raised in an opening brief are waived).

Rivera failed to exhaust his contention regarding ineffective assistance of counsel. *See id.* (the court lacks jurisdiction to consider legal claims not presented in an alien's administrative proceedings before the agency).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**